# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER ARD

NO. 2025 KW 0418

**JULY 14, 2025**

---

In Re:    Christopher Ard, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          1702167.

---

**BEFORE:    HESTER, EDWARDS, AND BALFOUR, JJ.**

    **WRIT DENIED.**

               **CHH**
               **BDE**
               **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT